**MITSUBISHI MOTORS NORTH AMERICA, INC., Appellant,**

v.

**MONACO COACH CORPORATION, Appellee.**

No. 2009–1077.

United States Court of Appeals, Federal Circuit.

Sept. 11, 2009.

David M. Kelly, Finnegan, Henderson, Farabow, Washington, DC, for Appellant.

Mark J. Liss, Leydig, Voit & Mayer, Ltd., Chicago, IL, for Appellee.

**BARD PERIPHERAL VASCULAR, INC. and David Goldfarb, M.D., Plaintiffs/Counterclaim Defendants–Appellants,**

and

**C.R. Bard, Inc., Counterclaim Defendant,**

v.

**W.L. GORE & ASSOCIATES, INC., Defendant–Counterclaimant–Appellee.**

No. 2009–1359.

United States Court of Appeals, Federal Circuit.

Sept. 11, 2009.

Andrew M. Federhar, Fennemore Craig, P.C., Phoenix, AZ, for Plaintiffs/Counterclaim Defendants–Appellants and Counterclaim Defendant.

David H. Pfeffer, Locke, Lord Bissell & Liddell, LLP, New York, NY, for Defendant–Counterclaimant–Appellee.

ON MOTION

*ORDER*

Upon consideration of the appellants' motion to voluntarily dismiss their appeal,*

IT IS ORDERED THAT:

The motion is granted. Each side shall bear its own costs.

---

* It is not the court's usual practice to designate a voluntary dismissal as being with or without prejudice.